THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* FRANK D. BALDWIN, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued January 12, 1928; decided February 14, 1928.)

APPEAL from a judgment of the Supreme Court, rendered December 18, 1926, at a Trial Term for the county of Seneca, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Daniel Moran* and *Edward P. Murphy* for appellant.

*J. Willard Huff, District Attorney (George F. Bodine* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.